**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Intellectual Ventures II LLC    v.    IBM

No. 16-1528

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for:   Intellectual Ventures II LLC
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

Name: Lori A. Gordon
Law Firm: Sterne, Kessler, Goldstein & Fox, P.L.L.C.
Address: 1100 New York Avenue, NW
City, State and Zip: Washington, DC 20005
Telephone: (202) 772-8862
Fax #: (202) 371-2540
E-mail address: LGORDON@skgf.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/20/2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  February 11, 2016    Signature of pro se or counsel  /s/ Lori A. Gordon

cc: Counsel of Record

Reset Fields

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  February 11, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Lori A. Gordon | /s/ Lori A. Gordon |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Sterne, Kessler, Goldstein & Fox, P.L.L.C. |
| Address | 1100 New York Avenue, NW |
| City, State, Zip | Washington, DC 20005 |
| Telephone Number | (202) 772-8862 |
| Fax Number | (202) 371-2540 |
| E-Mail Address | LGORDON@skgf.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields